Same case below, 577 F.3d 1366.

Same case below, 335 Fed. Appx. 686.

**No. 09-8949. Shannon Johnson, Petitioner v. Delaware.**

560 U.S. 928, 130 S. Ct. 3322, 176 L. Ed. 2d 1226, 2010 U.S. LEXIS 4366.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Delaware denied.

Same case below, 983 A.2d 904.

**No. 09-9036. Leonard S. Taylor, Petitioner v. Missouri.**

560 U.S. 928, 130 S. Ct. 3323, 176 L. Ed. 2d 1226, 2010 U.S. LEXIS 4320.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Missouri denied.

Same case below, 298 S.W.3d 482.

**No. 09-9054. Jerry Chambers, Petitioner v. Pennsylvania.**

560 U.S. 928, 130 S. Ct. 3323, 176 L. Ed. 2d 1226, 2010 U.S. LEXIS 4307.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 602 Pa. 224, 980 A.2d 35.

**No. 09-9673. David Hartley, Petitioner v. James Hall, Warden.**

560 U.S. 928, 130 S. Ct. 3325, 176 L. Ed. 2d 1226, 2010 U.S. LEXIS 4261.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9675. Glen Dale Hammon, Petitioner v. David Miller, Warden.**

560 U.S. 928, 130 S. Ct. 3325, 176 L. Ed. 2d 1226, 2010 U.S. LEXIS 4284.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 350 Fed. Appx. 222.

**No. 09-9678. Nathan D. Speaks, Petitioner v. Missouri.**

560 U.S. 928, 130 S. Ct. 3325, 176 L. Ed. 2d 1226, 2010 U.S. LEXIS 4325.

May 24, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Eastern District, denied.

Same case below, 298 S.W.3d 70.

**No. 09-9683. Frank Reaves, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

560 U.S. 928, 130 S. Ct. 3325, 176 L. Ed. 2d 1226, 2010 U.S. LEXIS 4187.

May 24, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-9688. Christopher Steven Butler, Petitioner v. L. E. Scribner, Warden, et al.**

560 U.S. 928, 130 S. Ct. 3326, 176 L. Ed. 2d 1226, 2010 U.S. LEXIS 4217.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.